# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

C & S AGRI CONSTRUCTION, LLC;                                                  PLAINTIFFS
and CHRIS PECK

v.                      No. 4:18CV00015 JLH

WHOLESALE ELECTRIC SUPPLY
COMPANY, INC.                                                                   DEFENDANT

## ORDER

Plaintiffs' motion for voluntary dismissal is GRANTED. Document #15. The claims brought by the plaintiffs against the defendant are hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED this 29th day of November, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE